# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                      NO. 2021 KW 0146

VERSUS

MURPHY JOSEPH MELANCON, II                          **APRIL 22, 2021**

---

In Re:   Murphy Joseph Melancon, II, applying for supervisory
         writs, 32nd Judicial District Court, Parish of
         Terrebonne, No. 705,941.

---

**BEFORE:   WHIPPLE, C.J., WELCH AND CHUTZ, JJ.**

   **WRIT DENIED.**

                            **VGW**
                            **JEW**
                            **WRC**

COURT OF APPEAL, FIRST CIRCUIT

_____
        DEPUTY CLERK OF COURT
           FOR THE COURT